IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Cr. No. 07-134S |
| | ) |
| SOUTHERN UNION COMPANY | ) |

## VERDICT FORM

1. As to Count 1 of the Indictment, on or about September 19, 2002 to October 19, 2004, knowingly storing a hazardous waste, liquid mercury, without a permit, we the jury find the Defendant, Southern Union Company



✓
GUILTY          NOT GUILTY

2. As to Count 2 of the Indictment, on October 19, 2004 up to and including October 20, 2004, knowingly and willfully failing to immediately notify the state emergency planning commission and the local emergency planning committee of a release of a reportable quantity of liquid mercury, we the jury find the Defendant, Southern Union Company



                     ✓
GUILTY          NOT GUILTY

3. As to Count 3 of the Indictment, on or about March 25, 2003 to October 19, 2004, knowingly storing a hazardous waste, mercury containing gas regulators, without a permit, we the jury find the Defendant, Southern Union Company



                     ✓
GUILTY          NOT GUILTY

10/15/08